IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO

| | |
|---|---|
| DAN E. PERSINGER, Individually ) | CASE NO. 2:06 CV 758 |
| and as Administrator of the Estate of ) | |
| JOHN TODD PERSINGER, ) | JUDGE SARGUS |
| ) | MAGISTRATE JUDGE ABEL |
| Plaintiff, ) | |
| ) | |
| vs. ) | **JUDGMENT ENTRY OF** |
| ) | **DISMISSAL WITH PREJUDICE** |
| EXTENDICARE HEALTH ) | |
| SERVICES, INC., and ) | |
| ROCKSPRINGS CARE, LLC ) | |
| ) | |
| Defendants ) | |

Based upon the representations of counsel, this matter has been settled by and between the parties. It is hereby **ORDERED** that all claims herein be dismissed with complete prejudice to the filing of any future action. The Plaintiff shall execute any and all documents necessary to effectuate the settlement between the parties.

Costs to be paid by Defendant.

_____  5-6-2008
JUDGE SARGUS

Geoffrey C. Brown
Bordas & Bordas, PLLC
1358 National Road
Wheeling, WV 26003
**Attorney for Plaintiff**

Christopher S. Humphrey (#0061528)
4518 Fulton Drive, NW, P.O. Box 35548
Canton, OH 44735-5548
**Attorney for Defendant**

«CT2:589056_v1»